HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EMIL JOHN MEIER,<br><br>                Plaintiff,<br>v.<br><br>TOTEM OCEAN TRAILER EXPRESS, INC., an Alaska corporation; and the MIDNIGHT SUN official number 1128203, her machinery, appurtenances, equipment and cargo, *in rem*; and INTEROCEAN AMERICAN SHIPPING CORPORATION, a Delaware corporation,<br><br>                Defendants. | NO. CV10-5349 RBL<br><br>STIPULATION AND PROPOSED ORDER OF DISMISSAL |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto, through their undersigned attorneys of record, that plaintiff's Complaint against defendants should be dismissed and an Order of Dismissal with Prejudice may be entered without cost to either party.

DATED this 20th day of September, 2011

GARVEY SCHUBERT BARER

By: /s/ Barbara L. Holland
Barbara L. Holland, WSBA #11852
Attorneys for Defendants

THE GEISNESS LAW FIRM

By: /s/ Thomas M. Geisness
Thomas M. Geisness, WSBA #1878
Robert A. Clough, WSBA #27447
Attorneys for Plaintiff

STIPULATION AND PROPOSED
ORDER OF DISMISSAL    - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

SEA_DOCS:1012809.1 [00549.04100]

## ORDER

THIS MATTER having come on regularly for hearing this day before the undersigned judge of the above-entitled court, and it appearing to the court that the plaintiff's Complaint against defendants can be dismissed by agreement of the parties outside of court, and the court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that plaintiff's Complaint against defendants be and the same is hereby DISMISSED with prejudice and without cost to any party.

Dated this 21st day of September, 2011.

_____
HONORABLE RONALD B. LEIGHTON

| Presented by: | Notice of Presentment Waived: |
|---|---|
| GARVEY SCHUBERT BARER | THE GEISNESS LAW FIRM |
| By: _____ | By: _____ |
| Barbara L. Holland, WSBA #11852 | Thomas M. Geisness, WSBA #1878 |
| Attorneys for Defendants | Robert A. Clough, WSBA #27447 |
| | Attorneys for Plaintiff |

STIPULATION AND PROPOSED
ORDER OF DISMISSAL     - 2

SEA_DOCS:1012809.1 [00549.04100]

GARVEY SCHUBERT
BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939